FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2025

TAMMY H. DOWNS, CLERK
BY: _____ DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
<u>UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_____Central_____ **DIVISION**

CASE NO. __4:25-cv-608-LPR-JJV__

Jury Trial: ☐ Yes ☑ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Manuel Weston
ADC # 127972

Address: 1600 E Booth RD Searcy AR. 72143

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Rudofsky
Name of plaintiff: _____ and to Magistrate Judge Volpe
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Shane West
Position: Jail administer
Place of employment: Conway Conway "Jail" Detention Center
Address: 30 Southern Valley D Morrilton AR 72110

Name of defendant: MS. Stebbins
Position: Commissary

4

Place of employment: White County Detention Center

Address: 1600 E. Booth RD. Searcy, AR. 72143

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☑ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ___

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

5

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: 4:25-CV-00341-DPM

☐    Name of judge to whom case was assigned: DP. Mhshall Jr.

☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) Dismissed Without Prejudice

☐    Approximate date of filing lawsuit: 04-10-2025

☐    Approximate date of disposition: 05-29-2025

IV.    Place of present confinement: White county Searcy AR. 72143

_____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

✓ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

  A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes ✓    No _____

  B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

6

Yes ✓    No ___

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

on 02-03-25 They Took me off my heartburn medicin on 02-09-25 at 13:52 I put a request about my blood pressure mediction, on 02-13-25 at 17:00 I requested to please give me my medication back on 02-18-25 I Told mr West my foot was swelling up mr. West sent Co. Bartlett To look at it he said it was bad. on I asked To go To hospital it was so bad The doctor came and seen every one else in The pod But me? If it was n't for CO. Bartlett stopping The Doctor and explaing it To him it would have been another 2 Weeks before The doctor came again. because mr West said I was ok, in his report. mr West is not a doctor and had no right To take me off my meds. I am dibecite and got high Hi Blood pressher prsur.

7

VIII. Relief

>State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation for Tort damage for pain and suffering for 3 week Negligence, remedy for my misstreatment by mr West and The Jail for Taking me of m meds, failure To properly Train and Supervice the subordinate.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20 25 .

_____
Manuel Weston
Signature(s) of plaintiff(s)



(Cruelty) causing pain or unhappiness for no justible reason, cruelty is the mistreatment of a person or animal - especially a child, pet, prisoner, or otherwise someone or something under one's care - by causing physical or mental distress without a very good cause to do so. Cruelty may result from a deliberate action or from neglect or error.

And (Medical Abuse) unlawful, intentional, mistreatment of a medical patient. medical abuse is either willful mistreatment of a patient during the cause of the patient's medical treatment or the willful interference with a medical treatment or the willful interference with a medical treatment with the purpose of creating a bad outcome.

usage: on febaury 27 1995, after further investigation and review, the DFS changed its findings from medical neglect to substantiated medical abuse against paulson for interfering with Klos' medical needs matter of Klos, 943 P 43 P.2d 1277, 1278 (mont. 1997) (Regnier J.)

(Carelessness) Behaving without sufficient care under the circumstances.

(Reckless Disregard for the Truth) A statement made without regard to whether it communicates the truth. "Bartlett told Mr. West it was Bad But Mr. West told the Doctor it's was OK. Mr West is not A Doctor? Mr. West is A Jail Administer and the Jail is to sue



"Commissary" Ms. Stebbins took it on herself to freeze my account until the full amount of filing fee of $350.00 of my civil Rights enforcement law suit fees were paid when court order stated in Case# 4:25-CV-00341-DPM Document# 19-0 Filed on 05/29/2025 Page 2 of 5 The court assesses an INITIAL PARTIAL filing fee of $11.43. Weston's custodian must collect monthly payments from his prison trust account each time the amount in the account exceeds $10. These payments will be equal to twenty percent of the preceding month's income credited to the account; and they will be collected and forwarded to the Clerk of the Court until the $350 filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

This is (licentiousness) The doing what one pleases without regard to the rights of others.

I tryed to explain it to her and she got a smart mouth with me That's a violation of (Prisoner Retaliation Action) A prisoner is free from retaliation for Protected speach or conduct. A Prisoner retaliation action is a civil rights action brought under Bivens or section 1983, against Police or Prison officials who retaliate against a prisoner solely for the exercise of constitutionally Protected rights, such as the rights of speach or petition.

She got mad when I told her to un freeze my account or I would put a 1983 form on her for not following court order, she said "Do what you got to do"

So its a violation of (Neglect) A failure to perform one's obligation, Neglect is a form of omission of Duty, in which something is not done that ought to be done.   over ↓

Manuel Weston ADC#127972
1500 Booth R.D.
Searcy AR. 72143

legal mail

LITTLE ROCK AR 720
14 JUN 2025 PM

US POSTAGE ™ PITNEY BOWES
ZIP 72143 $ 000.97⁰
02 7H
0006202974   JUN 13 2025

**INDIGENT MAIL**

United States District Court
   Clerk's office
Richard Sheppard Arnold united states courthouse
600 W. Capitol Avenue
   Suite A-149
Little Rock, Arkansas 72201-3325

72201-339919

(crimen falsi) A crime demonstrating dishonesty or false statement, "When mr West told the Doctor my foot was OK."

(Oppression) The unfair use of power or authority. When mr, West took me off my meds. for 2 weeks. He's not a doctor

(Foreseeability) The likelihood of anticipating a future harm from a present danger. He knew what or how bad the out come would be taking me off my meds?

(Cumulative Effect doTrine) multiple harmless errors may, in sum, require reversal.

"Commissary" ms Stebbins (omission as failure of duty) The failure to perform a task required by office or duty, or neglect of duty, is a failure to perform a task or failure to perform it fully. (Cruelty) causing pain or unhappiness for no justiable reason. Cruelty is the mistreatment of a person or animal—especially a child, pet, prisoner, or otherwise someone or something under one's care by causing physical or mental distress without a very good cause to do so. Cruelty may result from a deliberate action or from neglect or error." I tryed to explain it to her and she got a smart moth with me and said do what you got to do she had my account froze for a week.

(invidious) any distinction drawn in population for inappropriate reasons. Invidias discrimination is the creation or perpetution of a burden on one individual or group, particularly if that burden is ill-will toward the individual or group or a desire to harm one for the benefit of another

(General Duty) A duty owed not to an individual but to all comers in a given situation.

(Carelessness) Behaving without sufficient care under the circumstances.

(Bad faith) lacking in honesty or care for the other.

Provide Medical Treatment 24hrs a day and a doctor or a Trained nurse in medical care," failure To properly Train an supervice The subordinate officers in Medical Trainning and care for inmates." Thats a violation of (Subordination) The placing of one's obligation in a lower priority Than another. Subordation is an aspect of the reorganization of obligations or debts, by which obligations are given varying levels of priority, and Those given less priority are subordinated To Those with higher priorty. Subordination may occur as a reresult of a subordrination agreament by which a debtor and lienholder agree to Subordinate an existing dept to a newer debt. when to priority of an obligation is lowered owing to misconduct or failure of Duty by The Obligee, The lowering equitable subordination.

(Derelicticn of Duty) person commits offense of derelicition of duty either by willfuly or negligenty failing To perform his duties or by performing Those duties in culpably inefficient manner; There not be significant distinction between negligence associated with nonpreformance of duty and culpably inefficiency as associated with faulty performance.

(General Duty) A duty owed not To an individual but To all comers in a given situation.

(Carelessness) Behaving without sufficánicent care under The circumstances.

(Bad Faith) lacking in honesty or Care for others.

(Natural Rights) A Right inherent in a person or state or in relations with society.

(INVidiousness) A motivation of ill will or Jealousy.

(Prisoner Retaliation) he had no right To let me suffer

Manuel Weston ADC#127972
1600 Booth RD.
Searcy AR. 72143

Mailed From
White County

legal mail
LITTLE ROCK AR 720
14 JUN 2025 PM
FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 72143
02 7H
0006202974    JUN 13 202
$ 000.91

INDIGENT MAIL

United States District Court
  Clerk's office
Richard Sheppard Arnold united states courthouse
600 W. Capitol Avenue
  Suite A-149
Little Rock, Arkansas 72201-3325

72201-339919