IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MANUEL RAY WESTON**                                                                                          **PLAINTIFF**
**ADC #127972**

v.                             Case No. 4:25-cv-00608-LPR-JJV

**SHANE WEST, et al.**                                                                                              **DEFENDANTS**

### ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 23). No objections have been filed, and the time for doing so has expired.[1] After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed with his inadequate medical care claim against Defendant West in his personal capacity only.

2. All other claims are DISMISSED without prejudice for failure to state a claim for relief.

3. The Clerk is directed to TERMINATE Defendant Stebbins as a party to this action.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

---

[1] Although Plaintiff did not file objections to the PRD, he has filed numerous Notices since the PRD was entered. *See* Docs. 30–35, 37–38, 40–45, 47, and 49–50. Many of these Notices contain additional allegations beyond those described in the Amended Complaint. For purposes of screening, however, the Court has only considered the allegations contained in the Amended Complaint. If Plaintiff wants to try to amend his complaint a second time, he may file a Motion requesting leave of the Court to do so. It will be up to Judge Volpe—at least in the first instance—to address the merit or lack of merit of any such motion. Otherwise, these voluminous filings are unnecessary and a drain on the Court's resources. Finally, to the extent any of the statements in these documents can be construed as objecting to the PRD, the Court has considered them and finds them without merit.

appeal from this Order would not be taken in good faith.

DATED this 9th day of January 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE