**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MANUEL RAY WESTON** **PLAINTIFF**

**v.** **No. 4:25-cv-00608-LPR**

**SHANE WEST, et al.** **DEFENDANTS**

# ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 102) and the Plaintiff's Objections (Docs. 103-108).[1] After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendant West's Motion for Summary Judgment (Doc. 77) is GRANTED. Plaintiff's personal-capacity inadequate medical care claim against Defendant West is DISMISSED with prejudice. Plaintiff's Motion for Copies (Doc. 109) and Motion for Status Update (Doc. 110) are DENIED as moot. The Clerk is directed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

[1] To be clear, Judge Volpe's RD considered eleven documents Plaintiff had filed in response to the summary judgment motion. See RD (Doc. 102) at 1; Docs. 84-91, 93, 95-96. Plaintiff filed four additional documents on April 15, 2026—the same date the RD was entered—which were intended as additional responses to the motion. *See* Docs. 97-100. After the RD was entered, Plaintiff filed six documents related to the summary judgment motion and the RD: two Responses to the summary judgment motion (Docs. 103-104), one Response to Defendant's Statement of Facts (Doc. 105), and three Motions for Reconsideration (Docs. 106-108). The Court has considered all of these documents to the extent that each can be construed as either (1) responding to the Motion for Summary Judgment, or (2) lodging Objections to the RD. So construed, these documents do not affect the outcome of the Court's decision.

IT IS SO ORDERED this 1st day of September 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE